IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DAMEKA ROSE AMERICAN HORSE,<br><br>Defendant. | CR 25-135-BLG-SPW<br><br>ORDER TO SEAL |

Upon the United States' Unopposed Motion for Leave to File Plea Agreement Under Seal (Doc. 35), and for good cause appearing,

IT IS HEREBY ORDERED that the United States' Motion for Leave to File Plea Agreement Under Seal (Doc. 35) is **GRANTED**.

DATED this 15th day of January, 2026.

SUSAN P. WATTERS
United States District Court Judge

1